AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No. 23-MJ-8108-PGL
The Person of Ashley SHAKESPEARE (YOB 1982) )
)
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachments A-1 and A-2 of the Affidavit by HSI Special Agent Benjamin Cote.

located in the _____ District of _____Massachusetts_____, there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B of the Affidavit by HSI Special Agent Benjamin Cote.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.§ 2252A | Possession and distribution of child pornography. |

The application is based on these facts:
Please see the attached Affidavit by HSI Special Agent Benjamin Cote.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Benjamin Cote/by Paul G. Levenson*
Applicant's signature

Special Agent Benjamin Cote, HSI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__   *(specify reliable electronic means)*.

Date: May 1, 2023

Judge's signature

City and state: Boston, Massachusetts   U.S. Magistrate Judge Paul G. Levenson
Printed name and title