IN THE UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 60 CALUMET STREET, REVERE, MA 02151<br><br>IN THE MATTER OF THE SEARCH OF THE PERSON OF ASHLEY SHAKESPEARE (YOB 1982) | Case No.:<br>23-mj-8107-PGL (SEALED)<br>23-mj-8108- PGL (SEALED)<br><br>**Filed Under Seal** |

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL

The United States Attorney hereby respectfully requests that the Court partially unseal the search warrants, affidavits in support of the warrants, this Motion, and any ruling on this Motion in the above captioned matters.

As grounds for this Motion, the government states that this matter is being referred to state prosecutors and that the disclosure is in the interests of justice. However, to avoid disclosure of information pertinent to an ongoing criminal investigation, the government is requesting the Court partially unseal the matter; making publicly available only redacted copies (*attached*) of the affidavits in support of these warrants.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Luke A. Goldworm
      Luke A. Goldworm
Dated: June 8, 2023       Assistant United States Attorney

Ordered:

_____
Honorable Paul G. Levenson
United States Magistrate Judge
Dated: